UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) Magistrate Case No. |
| Plaintiff, | ) |
| | ) '08 MJ 1621 |
| v. | ) COMPLAINT FOR VIOLATION OF: |
| **Alejandro CHAVEZ-Nunez,** | ) Title 8, U.S.C., Sec. 1325 |
| | ) Illegal Entry (Misdemeanor) |
| Defendant | ) |

The undersigned complainant, being duly sworn, states:

That on or about **May 21, 2008**, within the Southern District of California, defendant, **Alejandro CHAVEZ-Nunez**, an alien, did knowingly and willfully enter the United States at a time and place other than as designated by Immigration Officers, and elude examination and inspection by Immigration Officers, a misdemeanor; in violation of Title 8, United States Code, Section 1325.

The complainant further states that this complaint is based on statement of the apprehending officer that the defendant was found at or near **San Ysidro, California**, and upon inquiry was unable to establish United States citizenship, and admitted to apprehending officer(s) that he was a citizen of **Mexico**, and had no right to be in or to enter the United States. It is further based upon the defendant's admission that he last entered the United States without inspection near **San Ysidro, California**, on or about **May 21, 2008**.

The complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE THIS **23RD** DAY OF **MAY, 2008.**

Anthony J. Battaglia
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

On May 21, 2008, at approximately 11:30 PM, Border Patrol Agent J. Ravenscroft was patrolling the U.S./Mexico border near the Otay Mesa, California Port of Entry. Agent Ravenscroft was advised by a Remote Video Surveillance (RVSS) operator that people were crossing the primary border fence into the United States from Mexico approximately 500 yards west of the Otay Mesa, Port of Entry.

Agent Ravenscroft responded to the area and was advised that one person was climbing the secondary fence with a ladder. Agent Ravenscroft observed a person, later identified as the defendant **Alejandro Chavez-Nunez**, on top of the secondary fence attempting to climb through the concertina wire. Agent Ravenscroft ordered the defendant off the fence and then conducted an immigration inspection. Agent Ravenscroft asked the defendant what country he was from and he said, "Morelia", which Agent Ravenscroft understood to be in Mexico. Agent Ravenscroft searched the defendant and found that he had a Mexican matricula consular card. Agent Ravenscroft asked the defendant if he had immigration documents from the United States and he said he didn't. Agent Ravenscroft arrested the defendant and transported him to the Imperial Beach Border Patrol Station.

The defendant was advised of his Miranda rights. The defendant stated he understood his rights and was willing to make a statement without an Attorney present. The defendant admitted that he was a citizen of Mexico and had no U.S. immigration documents. The defendant admitted that he had illegally crossed into the U.S.