FILED
JUN 24 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  <br>      Plaintiff,  <br>   v.  <br>ALEJANDRO CHAVEZ-NUNEZ,  <br>      Defendant. | Criminal Case No. 08cr2089-JM  <br>I N F O R M A T I O N  <br>Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor) |

On or about May 21, 2008, within the Southern District of California, defendant ALEJANDRO CHAVEZ-NUNEZ, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; in violation of Title 8, United States Code, Section 1325, a misdemeanor.

DATED: 6/24/08.

KAREN P. HEWITT
United States Attorney

JAMES P. MELENDRES
Assistant U.S. Attorney

JPME:lg:6/8/08